**Hilario Salvador PADILLA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 08–73075.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2011.*

Filed Sept. 21, 2011.

Saad Ahmad, Fremont, CA, for Petitioner.

Daniel Eric Goldman, Esquire, Senior Litigation Counsel, Andrew B. Insenga, Trial, Carol Federighi, Esquire, Senior Litigation Counsel, Jem C. Sponzo, Esquire, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: PAEZ, BERZON, and BEA, Circuit Judges.

MEMORANDUM **

Pursuant to this court's decision in *Ruben Reyes–Torres v. Holder,* 645 F.3d 1073 (9th Cir.2011), the order of the Board of Immigration Appeals is vacated and the case is remanded to the Board for proceedings consistent with that opinion.

**REMANDED.**